EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Jorge Gordon Menéndez | 2012 TSPR 103<br><br>185 DPR ____ |

Número del Caso: TS-10,861

Fecha: 15 de junio de 2012

Abogada de la Parte Peticionaria:

      Lcda. Sylvia Juarbe

Materia: Reinstalación al ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re:<br><br>JORGE GORDON MENÉNDEZ | NÚM. **TS-10861** | Reinstalación |
| --- | --- | --- |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de junio de 2012.

Examinada la "Moción sobre Reinstalación al Ejercicio de la Profesión" presentada el 14 de junio de 2012, se autoriza la reinstalación del Lcdo. Jorge Gordon Menéndez al ejercicio de la abogacía por haber transcurrido el término de suspensión previamente impuesto.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no interviene. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Rivera García no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo